1  RIMAC MARTIN, P.C.
   Anna M. Martin – SBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
4  Telephone: 415.561-8440
   Facsimile: 415.561-8430
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH AMERICA and
   MACY'S INC. LONG TERM DISABILITY PLAN
7
8  **LEWIS FEINBERG LEE RENAKER & JACKSON P.C.**
   Teresa S. Renaker SBN 187800
9  Joshua Davidson SBN 275168
   trenaker@lewisfeinberg.com
10 jdavidson@lewisfeinberg.com
   476- 9th Street
11 Oakland, CA 94607
12 Telephone:   510.839.6824
   Facsimile:    510.839.7839
13
   Attorneys for Plaintiff
14 JOSEPH HOWARD CARSELLO,
   formerly known as HOWARD MCDONOUGH
15

16               UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18                  SAN FRANCISCO DIVISION

19
   JOSEPH HOWARD CARSELLO, formerly  )  CASE NO.  3:13-cv-03749 JSC
20 known as HOWARD MCDONOUGH,        )
                                     )  **STIPULATION TO EXTEND TIME**
21            Plaintiff,             )  **FOR DEFENDANTS TO RESPOND TO**
                                     )  **PLAINTIFF'S COMPLAINT;**
22 v.                                )  **[PROPOSED] ORDER**
                                     )
23                                   )
   LIFE INSURANCE COMPANY OF         )  **Judge:** Hon. Jacqueline Scott Corley
24 NORTH AMERICA and MACY'S INC.     )
   LONG TERM DISABILITY PLAN,        )
25
26                            1
27 STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
                      COMPLAINT; [PROPOSED] ORDER
28                   Case No.  3:13-cv-03749 JSC

1     _____Defendants._____ )
2

3     IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN may have additional time within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is Thursday, September 26, 2013.

    Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. Additionally, defense counsel will be out of town from August 28, 2012 through September 7, 2013 and September 14, 2013 through September 21, 2013 on business.

    This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**RIMAC MARTIN, P.C.**

DATED: August 28, 2013      By: /s/ *Anna M. Martin*
    ANNA M. MARTIN
    Attorneys for Defendants
    LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
Case No. 3:13-cv-03749 JSC

|   |   |
|---|---|
| | LEWIS FEINBERG LEE RENAKER & JACKSON P.C. |
| DATED: August 28, 2013 | By: /s/ Joshua Davidson<br>JOSHUA DAVIDSON<br>Attorneys for Plaintiff<br>JOSEPH HOWARD CARSELLO,<br>formerly known as HOWARD MCDONOUGH |

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: August 29, 2013

_____
MAGISTRATE JUDGE JACQUELINE SCOTT CORELY

---

3

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
Case No. 3:13-cv-03749 JSC