RIMAC MARTIN, P.C.
Anna M. Martin – SBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
MACY'S INC. LONG TERM DISABILITY PLAN

LEWIS FEINBERG LEE RENAKER & JACKSON P.C.
Teresa S. Renaker SBN 187800
Joshua Davidson SBN 275168
trenaker@lewisfeinberg.com
jdavidson@lewisfeinberg.com
476- 9th Street
Oakland, CA 94607
Telephone:   510.839.6824
Facsimile:    510.839.7839

Attorneys for Plaintiff
JOSEPH HOWARD CARSELLO,
formerly known as HOWARD MCDONOUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH HOWARD CARSELLO, formerly known as HOWARD MCDONOUGH,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN, | CASE NO.  3:13-cv-03749 JSC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>**Judge:** Hon. Jacqueline Scott Corley |

1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; [~~PROPOSED~~] ORDER
Case No.  3:13-cv-03749 JSC

1            Defendants.               )
    _____ )

2

3        IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN may have additional time within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is Thursday, September 26, 2013.

       Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. Additionally, defense counsel will be out of town from August 28, 2012 through September 7, 2013 and September 14, 2013 through September 21, 2013 on business.

       This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

 

**RIMAC MARTIN, P.C.**

DATED: August 28, 2013           By: */s/ Anna M. Martin*
                                            ANNA M. MARTIN
                                            Attorneys for Defendants
                                            LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
Case No. 3:13-cv-03749 JSC

|   |   |
|---|---|
| | LEWIS FEINBERG LEE RENAKER & JACKSON P.C. |
| DATED: August 28, 2013 | By: /s/ Joshua Davidson<br>JOSHUA DAVIDSON<br>Attorneys for Plaintiff<br>JOSEPH HOWARD CARSELLO,<br>formerly known as HOWARD MCDONOUGH |

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: August 29, 2013

_____
MAGISTRATE JUDGE JACQUELINE SCOTT CORELY

---

3

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
Case No. 3:13-cv-03749 JSC