Teresa S. Renaker – CA State Bar No. 187800
Joshua Davidson – CA State Bar No. 275168
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jdavidson@lewisfeinberg.com

*Attorneys for Plaintiff*

Anna M Martin – CA State Bar No. 154279
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430
amartin@rimacmartin.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOSEPH HOWARD CARSELLO, formerly known as HOWARD MCDONOUGH,<br><br>           Plaintiff,<br><br>      vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN,<br><br>           Defendants. | Case No. 3:13-cv-03749-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>**Judge:** Hon. Thelton E. Henderson |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the parties may have additional time to file a joint case management statement and prepare for the initial case management conference which is scheduled on November 25, 2013. Therefore, the initial case management conference is January 27, 2014.

Good cause exists for this extension as the parties have reached agreement on a settlement in principle and require time to execute the settlement agreement.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: November 18, 2013

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By:   */s/ Joshua Davidson*
Joshua Davidson
*Attorneys for Plaintiff*
JOSEPH HOWARD CARSELLO

Dated: November 18, 2013

RIMAC MARTIN, P.C.

By:   */s/ Anna M. Martin*
Anna M. Martin
*Attorneys for Defendants*
LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN

**IT IS SO ORDERED:**

11/19/2013

By: _____
Judge Thelton E. Henderson
SENIOR DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER — 2 —  CASE NO. 3:13-cv-03749-TEH