Teresa S. Renaker – CA State Bar No. 187800
Joshua Davidson – CA State Bar No. 275168
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jdavidson@lewisfeinberg.com

*Attorneys for Plaintiff*

Anna M Martin – CA State Bar No. 154279
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430
amartin@rimacmartin.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOSEPH HOWARD CARSELLO, formerly known as HOWARD MCDONOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 3:13-cv-03749-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>**Judge:** Hon. Thelton E. Henderson |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys that the parties may have additional time to file a joint case management statement and prepare
3  for the initial case management conference which is scheduled on November 25, 2013. Therefore, the
4  initial case management conference is January 27, 2014.

5  Good cause exists for this extension as the parties have reached agreement on a settlement in
6  principle and require time to execute the settlement agreement.

7  This document is being electronically filed through the Court's ECF System. In this regard,
8  counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons
9  required to sign the document; (2) Defendants' counsel has concurred with the filing of this document;
10 and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: November 18, 2013                    LEWIS, FEINBERG, LEE,
                                            RENAKER & JACKSON P.C.

                                    By:     */s/ Joshua Davidson*
                                            Joshua Davidson
                                            *Attorneys for Plaintiff*
                                            JOSEPH HOWARD CARSELLO

Dated: November 18, 2013                    RIMAC MARTIN, P.C.

                                    By:     */s/ Anna M. Martin*
                                            Anna M. Martin
                                            *Attorneys for Defendants*
                                            LIFE INSURANCE COMPANY OF
                                            NORTH AMERICA and MACY'S INC.
                                            LONG TERM DISABILITY PLAN

**IT IS SO ORDERED:**

                11/19/2013          By:     _____
                                            Judge Thelton E. Henderson
                                            UNITED STATES DISTRICT JUDGE