**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
MACY'S INC. LONG TERM DISABILITY PLAN

**LEWIS FEINBERG LEE RENAKER & JACKSON, P.C.**
Joshua Davidson SBN 275168
476 – 9th Street
Oakland, CA 94607
Tel: 510.839.6824
Fax: 510.839.7839
jdavidson@lewisfeinberg.com

Attorneys for Plaintiff
JOSEPH HOWARD CARSELLO formerly known
as HOWARD McDONOUGH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH HOWARD CARSELLO, formerly known as HOWARD MCDONOUGH, <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA and MACY'S INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | CASE NO. 3:13-cv-03749 TEH <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** <br><br> Judge: Hon. Thelton E. Henderson |

1

1    IT IS HEREBY STIPULATED by and between the Plaintiff JOSEPH HOWARD

2  CARSELLO formerly known as HOWARD McDONOUGH and Defendants LIFE

3  INSURANCE COMPANY OF NORTH AMERICA AMERICA and MACY'S INC. LONG

4  TERM DISABILITY PLAN, by and through their counsel of record herein, that the captioned

5  action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal

6  Rules of Civil Procedure.

7    The parties shall bear their own respective attorney fees and costs of suit.

8    **SO STIPULATED.**

9

10                                **RIMAC MARTIN, P.C.**

11  DATED:  December 12, 2013        By: _/s/ Anna M. Martin_
                                     ANNA M. MARTIN
12                                   Attorneys for Defendants
                                     LIFE INSURANCE COMPANY OF NORTH
13                                   AMERICA and MACY'S INC. LONG TERM
                                     DISABILITY PLAN
14

15                                **LEWIS FEINBERG LEE RENAKER &**
16                                **JACKSON, P.C.**

17  DATED:  December 12, 2013        By: _/s/ Joshua Davidson_
                                     JOSHUA DAVIDSON
18                                   Attorneys for Plaintiff
                                     JOSEPH HOWARD CARSELLO formerly known
19                                   as HOWARD McDONOUGH
20

21  **SO ORDERED.**

22  Dated: _12/16/2013_             By: _____
23                                  HON_____ERSON
                                    SEN_____
24
                                    Judge Thelton E. Henderson
25

26

27                                    2

28  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
    Case No.  3:13-cv-03749 TEH